# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Aaron Russel Drain, | Case No. 2:22-cv-00924-CDS-DJA |
| Plaintiff | |
| v. | **Order Dismissing Defendants** |
| Daeshawn Williams and Tracy, | |
| Defendants | |

The second amended complaint was filed in this action on October 19, 2022. ECF No. 9. On July 5, 2023, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendants Daeshawn Williams and Tracy was filed by August 4, 2023, the court would enter an order of dismissal. ECF No. 22. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that defendants Daeshawn Williams and Tracy are dismissed, without prejudice, from this action.

DATED: August 8, 2023

_____
Cristina D. Silva
United States District Judge