1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

Aaron Russel Drain,

                Plaintiff,

    v.

Calvin Johnson, et al.,

                Defendants.

Case No. 2:22-cv-00924-CDS-DJA

**Order**

Before the Court is Defendants Wilson Bernales, Jaymie Cabrera, and David Rivas' motion to extend the time for them to file their dispositive motions.  (ECF No. 31).  Defendants ask to move the dispositive motion deadline seven days, from September 21, 2023 to September 28, 2023.  They explain that their counsel has had difficulty contacting individuals to get their declarations, necessitating the extension.  On September 28, 2023, Defendants filed their motion for summary judgment.  (ECF No. 32).

The Court grants Defendants' motion to extend time.  Plaintiff did not respond to the motion to extend time, constituting his consent to granting it under Local Rule 7-2(d).  Additionally, the Court finds that Defendants have demonstrated the good cause required by Federal Rule of Civil Procedure 6(1) and Local Rule 26-3.

The Court also notes that Plaintiff's mail has been returned as undeliverable.  (ECF No. 38).  That returned mail states that Plaintiff has since been discharged.  Under Local Rule IA 3-1, a pro se party must immediately file with the Court written notification of any change of mailing address, email address, telephone number, or facsimile number.  "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  LR IA 3-1.  The Court will thus require Plaintiff to update his address.

///

1   **IT IS THEREFORE ORDERED** that Defendants' motion to extend time (ECF No. 31)

2   is **granted.**

3   **IT IS FURTHER ORDERED** that Plaintiff must update his address with the Court on or

4   before **November 1, 2023.  Failure to comply with this order may result in a**

5   **recommendation that this case be dismissed.**

6   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order

7   to Plaintiff's last known address.

8

9   DATED: October 3, 2023

10

11   _____
     DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28