# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aaron Russel Drain, | Case No. 2:22-cv-00924-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Calvin Johnson, et al., | |
| Defendants. | |

This matter is before the Court on the Court's review of the docket. On October 2, 2023, the Court required Plaintiff to update his address (ECF No. 39) after receiving mail returned with a note indicating that Plaintiff was discharged from the High Desert State Prison (ECF No. 38). However, it appears that Plaintiff had already updated his address to the Nevada Southern Detention Center (ECF No. 26) and that the mail (ECF No. 36) had been inadvertently sent to the High Desert State Prison. Nonetheless, Plaintiff's most recent motion for extension of time indicates that he will be released from custody on October 18, 2023. (ECF No. 40). That motion acknowledges that Plaintiff will need to file another change of address with the Court. However, to date, the Court has not received a change of address from Plaintiff.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address with the Court on or before **December 13, 2024. Failure to comply with this order may result in a recommendation that this case be dismissed.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail this order to Plaintiff's last known address.

DATED: November 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE