# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aaron Russel Drain, | Case No. 2:22-cv-00924-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Calvin Johnson, et al., | |
| Defendants. | |

This matter is before the Court on the Court's review of the docket. On November 14, 2023, the Court ordered Plaintiff to update his address. (ECF No. 42). Plaintiff filed a notice of change of address on November 17, 2023, indicating that he had been released from prison. (ECF No. 43). In that notice, Plaintiff requests "any and all documents pertaining to" the case to be sent to him. (*Id.*).

It is unclear what documents Plaintiff has received since he has changed his address or which documents he was able to take with him. Plaintiff has also not responded to Defendants' motion for summary judgment (ECF No. 32)[1] or Defendants' motion for leave to file supplemental exhibits to that motion (ECF No. 41). The Court will thus send Plaintiff a copy of the docket sheet and a copy of the minute order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* so that Plaintiff may determine what, if any, docket entries he is missing and make an informed decision regarding how to move forward with his case.

---

[1] Plaintiff has filed a motion to extend the time for him to respond to the motion for summary judgment. (ECF No. 40). However, it appears that he did not receive the minute order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* related to that motion. (ECF No. 36) (minute order); (ECF No. 38) (showing that the minute order was returned as undeliverable).

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff a copy of the docket sheet in this case and a copy of the minute order at ECF No. 36.

DATED: January 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE