# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Aaron Russel Drain,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00924-CDS-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for appointment of counsel to represent him in this case. (ECF No. 50). However, judgment was entered in favor of Defendants and this case was closed on July 29, 2024. (ECF No. 49).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for appointment of counsel (ECF No. 50) is **denied as moot.**

DATED: August 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE